# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130974(35)

FIRST TENNESSEE BANK,
          Plaintiff-Appellee,

v

ROGER OTTOMAN and MARCIA
OTTOMAN,
          Defendants-Appellants,
and

BANKONE,
          Third-Party Defendant.
_____

SC: 130974
COA: 266141
Washtenaw CC: 04-001107-AV
14-A DC: 04-1348-LT

          On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the withdrawal of the motion for reconsideration is considered and the motion for reconsideration is DISMISSED with prejudice and without costs.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2006

Clerk